# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE | * | |
| OF APPROXIMATELY $73,200 IN | * | |
| UNITED STATES CURRENCY, MORE OR | * | Case No. 16-0640 JMC |
| LESS AND SIX MONEY ORDERS | * | |
| SEIZED BY THE MARYLAND | * | |
| TRANSPORTATION AUTHORITY POLICE | * | |

******

## MEMORANDUM

The Government presented the application for a Warrant to Seize Property Subject to Forfeiture in the above-captioned matter to me on March 10, 2016. Because I have determined that probable cause supports the Government's request, I am issuing the seizure warrant. The Government has brought to my attention the recent passage of S.B. 528, 435th Gen. Assemb., Reg. Sess. (Md. 2015) (enacted Jan. 21, 2016), which may restrict the circumstances in which state authorities may transfer seized property to the federal government for forfeiture. In issuing this warrant, I make no explicit or implicit finding regarding the applicability of that new law to the property at issue in this case. That issue will be presented at a later date, if the validity of this warrant is challenged.

Dated: March 11, 2016

/s/
J. Mark Coulson
United States Magistrate Judge

